

*U.S. Department of Justice*

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

September 26, 2022

**BY ECF**

**MEMO ENDORSED**

The Honorable Edgardo Ramos
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Re:   *United States v. Jason Blyden*, 22 Cr. 265 (ER)

Dear Judge Ramos:

The parties believe that they have reached a resolution in this matter and respectfully request that the Court schedule a change-of-plea hearing for 10 a.m. on October 5, 2022 (based on conversations with chambers regarding the Court's schedule).

The Government further requests that time be excluded from today through October 5, 2022, pursuant to 18 U.S.C. § 3161(h)(7), so that the parties have the opportunity to finalize the resolution and prepare for the change-of-plea hearing. The defense does not object to the exclusion of time.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

By: _____
Patrick R. Moroney
Assistant United States Attorney
(212) 637-2330

Cc:   Hannah McCrea, Esq. (via ECF)

---

A change of plea hearing will be held on October 5, 2022 at 10:30 a.m. Speedy trial time is excluded from September 26, 2022 until October 5, 2022, in the interest of justice.
SO ORDERED.

_____
Edgardo Ramos, U.S.D.J
Dated:  9/26/2022
New York, New York