UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
UNITED STATES OF AMERICA,

          - against -

JASON BLYDEN,

                    Defendant.
-------------------------------------------------------x

**RESCHEDULING ORDER**

22-cr-265 (ER)

The sentencing previously scheduled for 4:00 PM on January 17, 2023, is hereby **rescheduled for 2:00 PM on January 17,** at the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, NY 10007 in Courtroom 619**.**

      SO ORDERED.

Dated: New York, New York
       January 9, 2022

                                                    Edgardo Ramos, U.S.D.J.